UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 05-10065-T |
| VS. ) | |
| ) | |
| JAMAINE MARDELL TIPLER ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **JAMAINE MARDELL TIPLER**, now being detained in the Chester County Jail, Henderson, Tennessee, appear before Magistrate Thomas Anderson on the 19th day of AUGUST, 2005 for an Appearance and for such other appearances as this Court may direct. ~~10:00 A.m.~~ 2:00 pm

Respectfully submitted this 16th day of August, 2005.

Jerry R. Kitchen
Assistant U. S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Chester County Jail, Henderson, Tennessee.

YOU ARE HEREBY COMMANDED to have **JAMAINE MARDELL TIPLER** appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 16th day of August, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

FILED BY D.C. 05 AUG 16 PM 4:03
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CR-10065 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

J. B. Glassman
GLASSMAN & TANSIL
204 E. Main St.
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT