IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED IN OPEN COURT:
WESTERN DISTRICT OF TN
DATE: 11/1/05
TIME: 8:52 a.m.
INITIALS: cw

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAINE MARDELL TIPLER,<br><br>Defendant. | Cr. No. 05-10065-01-T/An |

### ORDER ON ARRAIGNMENT on SUPERSEDING INDICTMENT

This cause came to be heard on November 1, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME: Buddy Glassman
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

JAMES D. TODD
United States District Judge

Charges: bank robbery; use/carry/brandish firearms during a crime of violence; aiding and abetting

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was: ✓ waived ____ not waived.

Defendant's age: _____

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-01-05

(23)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CR-10065 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

J. B. Glassman
GLASSMAN & TANSIL
204 E. Main St.
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT