IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                    Criminal No. 1:05-10065-01-T

JAMAINE MARDELL TIPLER

ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for the defendant the trial date of January 9, 2006 , is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk of the Court shall reset the trial date for Wednesday, February 15, 2006 at 9:30 a.m., and the report date is reset for Tuesday, January 31, 2006 at 8:30 a.m. The Court finds that the grounds for this continuance justifies excluding the period from January 9, 2006 to February 15, 2006, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A) and (B)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 30 December 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:05-CR-10065 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

J. B. Glassman
GLASSMAN & TANSIL
1029 Campbell
Ste. 101
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT